UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT F. TULLOCH,

    Plaintiff,

vs.

CITY OF JACKSON, MICHIGAN,
a municipal corporation,

    Defendant.

HON. GEORGE CARAM STEEH
Magistrate Judge MARK A. RANDOM
Case No.: 2:12-CV-12055

---

ROBERT F. TULLOCH
In Pro Per
7629 Coon Hill Road
Munith, MI 49259
(517) 596-2592
tultalk@hughes.net

JAMES E. TAMM (P38514)
Co-Counsel for Defendant
40701 Woodward Avenue, Ste. 105
Bloomfield Hills, MI 48304
(248) 433-2000
jetamm@odtlegal.com

JULIUS A. GIGLIO (P32022)
Office of the City Attorney
City of Jackson, Michigan
161 West Michigan Avenue
Jackson, MI 49201
(517) 788-4050
giglioja@cityofjackson.org

---

## STIPULATED ORDER AND CONSENT JUDGMENT

    Plaintiff Robert F. Tulloch and the City of Jackson, Michigan, by and through its attorneys hereby stipulate that:

    A.    The parties enter into this Stipulated Order and Consent Judgment for the purpose of settling this litigation.

    B.    On May 7, 2012, Plaintiff commenced this action by filing a Complaint for Declaratory Judgment against the City of Jackson.

C. The City of Jackson hereby agrees that it shall not enforce certain provisions of the following sections of §10.3 of the City Charter:

(1) The requirement that the petition circulator shall be a registered elector of the city at the time the petition is signed by the circulator;

(2) The requirement to include the Ward of the signers of the petitions.

Plaintiff and the City of Jackson agree that this Court should enter this Stipulated Order and Consent Judgment. All parties having agreed to this Order and Judgment, it is HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The requirement that the petition circulator shall be a registered elector of the city at the time the petition is signed by the circulator is unenforceable against any party, group, or individual.

2. The requirement to include the Ward of the signers of the petitions is an unnecessary impediment to the process of collecting valid signatures shall not be enforced against any party, group, or individual.

3. Plaintiff Robert F. Tulloch's challenge to the Affidavit requirement of §10.3 of the Jackson City Charter is hereby dismissed with prejudice.

4. This Order shall resolve all claims between the parties and there shall be no costs or attorneys' fees to either party.

/S/ Robert F. Tulloch
ROBERT F. TULLOCH
Plaintiff, In Pro Per
7629 Coon Hill Road
Munith, MI 49259
(517) 596-2592
tultalk@hughes.net

/S/ James E. Tamm
JAMES E. TAMM (P38154)
Co-Counsel for Defendant
40701 Woodward Avenue, Ste. 105
Bloomfield Hills, MI 48302
(248) 433-2000
jetamm@odtlegal.com

/S/ Julius A. Giglio
JULIUS A. GIGLIO (P32022)
Office of the City Attorney
161 West Michigan Avenue
Jackson, MI 49201
(517) 788-4050
giglioja@cityofjackson.org

       IT IS SO ORDERED.

                                 s/George Caram Steeh
                                 United States District Judge

Dated: October 3, 2012